

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| RANDY PONCE and MOBILITY EXPERTS, L.L.C., | § | No. 08-21-00111-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| TBF FINANCIAL, L.L.C., | § | (TC# 2020DCV2776) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellants joint agreed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs of this appeal are taxed against the parties incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.